# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

155191

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL BENJAMIN WERNER,
      Defendant-Appellant.

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 155191
COA: 334915
Grand Traverse CC: 98-007739-FC

_____/

On order of the Court, the application for leave to appeal the December 21, 2016 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Betts* (Docket No. 148981), *People v Tucker* (Docket No. 152798), and *People v Snyder* (Docket No. 153696) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in those cases.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



a0723

Clerk